**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8008**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMMANUEL UZUEGBUNAM,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-96-43)

---

Submitted: February 14, 2002          Decided: March 15, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Emmanuel Uzuegbunam, Appellant Pro Se. Paul J. McNulty, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmanuel Uzuegbunam appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Uzuegbunam's motion for appointment of counsel, deny a certificate of appealability, and dismiss on the reasoning of the district court. United States v. Uzuegbunam, No. CR-96-43 (E.D. Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED